IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY GORDEN                                                                PLAINTIFF

v.                                  No. 5:14-cv-121-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                 DEFENDANT

## JUDGMENT

Gorden's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 July 2015